Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mount Pleasant Ave., Suite 200
Livingston, NJ 07039
Tel. (973) 994-6677
kh@bhsm-law.com

John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Tel. (305) 891-5199
jpf@fullerfuller.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, Individually, | : |
| Plaintiff, | : Case No. 1:17-cv-02331-RMB-AMD |
| vs. | : |
| LARICKS & LARICKS, L.L.C., a New Jersey Limited Liability Company, | : |
| Defendant. | : |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

**COMES NOW,** Plaintiff, DENNIS MAURER, by and through his undersigned counsel and hereby files this Notice of Voluntary Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully Submitted,

_____
Keith Harris, Esq. (KH 4604)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of October 2017, a true and correct copy of Plaintiff's Notice of Voluntary Dismissal has been filed via the CM/ECF system and forwarded via electronic mail and U.S. Mail to: Defendant Laricks & Laricks, L.L.C., c/o Michael Gruccio, Esq., mgruccio@tgrlaw.com, Tedesco Gruccio & Reuss, 727 Landis Ave., Vineland, NJ 08362.

                                                                                                                               Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mt. Pleasant Avenue
Livingston, NJ 07039
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com

John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com


Attorneys for Plaintiff



                                                                                                                                Keith Harris, Esq. (KH4604)